HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY MICHELLE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY MICHELLE HILL,<br><br>Defendant. | Case No.  1:19-cr-00249-DAD-BAM-2<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING<br><br>DATE:   June 8, 2020<br>TIME:    2:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the review hearing in the above-captioned matter now set for May 18, 2020, may be continued until June 8, 2020, at 2:00 p.m. before the honorable Sheila K. Oberto.

Pretrial Services Officer Jessica McConville has updated all parties that Ms. Hill has had a very minor cell phone incident at WestCare that resulted in a sanction of reduced privileges within the program and that Ms. Hill did not knowingly violate any program rule.  She took full responsibility for her actions and resolved not to put herself in situations which could arise to potential violation conduct.  Additionally, she has been adjusting well to WestCare and participating in additional, non-required programming such as NA meetings, parenting class, and anger management.  Given the above, the parties believe the review hearing can be continued to Monday, June 8, 2020 at 2:00 p.m.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through and including June 8, 2020, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in negotiations and for the defense to continue its investigation and preparation.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 14, 2020          By:     /s/ Justin Gilio
                                     JUSTIN GILIO
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     HEATHER E. WILLIAMS
                                     Federal Defender

DATED: May 14, 2020          By:     /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     ASHLEY MICHELLE HILL

**O R D E R**

Pursuant to the parties' above stipulation, the review hearing in this case shall be continued to June 8, 2020, at 2:00 p.m., and good cause exists to exclude time through and including June 22, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **May 14, 2020**                    /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

Hill: Stipulation and Order to Continue
Review Hearing

-2-