HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY MICHELLE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY MICHELLE HILL,<br><br>Defendant. | Case No.  1:19-cr-00249-DAD-BAM-2<br><br>STIPULATION AND ORDER TO CONTINUE REVIEW HEARING<br><br>DATE:   July 20, 2020<br>TIME:    1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the review hearing in the above-captioned matter now set for June 8, 2020, may be continued until July 20, 2020, at 1:00 p.m. before the honorable Sheila K. Oberto.

Pretrial Services Officer Jessica McConville has updated all parties that Ms. Hill has had overall satisfactory progress at WestCare.  Besides a seemingly inadvertent rule violation that occurred when Ms. Hill returned after having two root canal procedures, Ms. Hill has been participating and doing well in all phases of her WestCare rehabilitation.  Given the above, the parties believe the review hearing can be continued to Monday, July 20, 2020 at 1:00 p.m.

Time has previously been excluded through the currently scheduled status conference date of September 28, 2020.

///

1                                                Respectfully submitted,

2                                                McGREGOR W. SCOTT
                                                United States Attorney

3

4  DATED: June 1, 2020            By:    /s/ *Kathleen A. Servatius*
                                                KATHLEEN A. SERVATIUS

5                                                  Assistant United States Attorney
                                                Attorney for Plaintiff

6

7                                                HEATHER E. WILLIAMS
                                                Federal Defender

8

9  DATED: June 1, 2020            By:    /s/ *Charles J. Lee*
                                                  CHARLES J. LEE

10                                             Assistant Federal Defender
                                           Attorneys for Defendant

11                                             ASHLEY MICHELLE HILL

12

13                                    **O R D E R**

14        IT HEREBY ORDERED that the review hearing in the above-entitled case shall be

15  continued to July 20, 2020, at 1:00 p.m.

16

17  IT IS SO ORDERED.

18  Dated:   **June 2, 2020**                      /s/ *Sheila K. Oberto*

19                                                UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28