HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY MICHELLE HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY MICHELLE HILL,<br><br>Defendant. | Case No.  1:19-cr-00249-DAD-BAM-2<br><br>AMENDED STIPULATION AND ORDER TO VACATE REVIEW HEARING (REPLACING DKT #41)<br><br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the review hearing in the above-captioned matter now set for July 20, 2020, at 1:00 p.m. before the honorable Sheila K. Oberto, shall be vacated.

At the bail review hearing on April 20, 2020, a series of review hearings were calendared so this Court could monitor Ms. Hill's progress at WestCare.  Pretrial Services Officer Jessica McConville has updated counsel that Ms. Hill is doing "very well" and is scheduled to graduate on July 20, 2020.  She advised that she does not believe a review hearing is necessary at this time and of course would bring any new changed circumstances to the Court's attention.

After graduation, Ms. Hill will be given instructions on transitioning to electronic monitoring and living with her approved third-party custodian.  There is a status conference previously set on September 28, 2020, and time has previously been excluded through that date.

Respectfully submitted,

|  |  |  |
|---|---|---|
|  |  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 9, 2020 | By: | /s/ *Justin J. Gilio*<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 9, 2020 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ASHLEY MICHELLE HILL |

# O R D E R

IT IS HEREBY ORDERED that the review hearing in the above-entitled case for Ashley Hill currently scheduled for July 20, 2020, at 1:00 p.m. shall be vacated.

IT IS SO ORDERED.

Dated: **July 9, 2020**                          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

Hill: Stipulation and Order to Vacate Review Hearing

-2-