1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | CHARLES J. LEE, #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00249-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Barbara A. McAuliffe |
| ASHLEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ms. Hill's order of release conditions be modified to add condition (7)(q) to read as follows:

> You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, telephonically on July 22, 2020 at 10:00 a.m. The call-in information will be provided to you by your pretrial services officer.

Ms. Hill is currently scheduled to complete her 90-day residential treatment at WestCare and transition to the electronic monitoring component of her supervision on July 20, 2020.  Ms. Hill is desirous of continuing her progress and receiving any additional services available through Pretrial Services.  The government has no objection to the requested modification.  All others terms and conditions remain in full force and effect.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: July 13, 2020

*/s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 13, 2020

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
ASHLEY HILL

## O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(q) be added to Ms. Hill's order of release as follows:

> You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, telephonically on July 22, 2020 at 10:00 a.m. The call-in information will be provided to you by your pretrial services officer.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 13, 2020**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Hill: Stipulation and
Order to Modify Pretrial Release

-2-