1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  ASHLEY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00249-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Erica P. Grosjean |
| ASHLEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ms. Hill's order of release condition (7)(o) be modified as follows:

- The following language shall be deleted – **HOME INCARCERATION:** You must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.

- The following language shall be added in its place – **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

1 | All others terms and conditions remain in full force and effect.

3 | Respectfully submitted,

4 | McGREGOR SCOTT
United States Attorney

6 | DATED: October 22, 2020   */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

10 | HEATHER E. WILLIAMS
Federal Defender

12 | DATED: October 22, 2020   */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
ASHLEY HILL

## O R D E R

**IT IS SO ORDERED** that the location monitoring component of Mr. Hill's pretrial release condition (7)(o) in the above entitled case shall be as follows:

**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 22, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Hill: Stipulation and
Order to Modify Pretrial Release

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hill: Stipulation and
Order to Modify Pretrial Release
-3-