1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | CHARLES J. LEE, #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5
Attorneys for Defendant
6 | ASHLEY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00249-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Erica P. Grosjean |
| ASHLEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ashley Hill's order of release condition (7)(o) be modified to allow Ms. Hill to attend a family Thanksgiving gathering at her mother's home in Coarsegold, on November 26, 2020, from noon until 5:00 pm.  At all times, Ms. Hill would be accompanied by and be in the presence of her grandmother, Barbara Gimbel, who is the court-approved third-party custodian.  Travel would be authorized directly to and from the mother's home in Coarsegold, with no other stops or detours allowed.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Frank Guerrero has no objection to the requested modification.

///

///

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: November 12, 2020        */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 12, 2020        */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
ASHLEY HILL

## O R D E R

**IT IS SO ORDERED** that the Home Detention portion of pretrial release condition (7)(o) be modified to allow Ms. Hill on November 26, 2020, to spend Thanksgiving at her mother's house in Coarsegold for a family gathering from noon until 5:00 pm, in the immediate presence of her Third-Party Custodian Barbara Gimbel at all times.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 13, 2020**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE