HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00249-DAD-BAM |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| ASHLEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, that Ashley Hill's order of release condition (7)(o), Home Detention, be

modified as follows:

- to allow Ms. Hill to view the local neighborhood holiday decorations on December 9,
  2020, from 6:00 p.m. until 7:30 p.m.  Ms. Hill would at all times be accompanied by
  and be in the presence of her third-party custodian/grandmother, Barbara Gimbel.

- to attend a family Christmas gathering at her mother's home in Coarsegold, on
  December 25, 2020, from 11:00 a.m. until 6:00 p.m.  On both dates, at all times, Ms.
  Hill would be accompanied by and be in the presence of her third-party
  custodian/grandmother, Barbara Gimbel.  Travel on December 25, 2020, would be
  authorized directly to and from the mother's home in Coarsegold, with no other stops
  or detours allowed.

1 • Ms. Hill is currently allowed visits from her minor son where she resides at her

2 Grandmother's residence on Mondays and Wednesdays from 3:00 p.m. to 6:00 p.m.

3 During these visits, Ms. Hill would be authorized to go outside to play with her son

4 and engage in other recreational activities with him during his visits.  With the

5 exception of the backyard of the residence, all these outdoor activities would require

6 the presence of the third-party custodian/grandmother, Barbara Gimbel.

7 All other conditions remain in full force and effect.  Supervising Pretrial Services Officer

8 Anthony Perez is in agreement with the requested modifications.

9

10                                                           Respectfully submitted,

11                                                           McGREGOR SCOTT
                                                            United States Attorney
12

13 DATED:  December 4, 2020                    */s/ Justin J. Gilio*_____
                                                            JUSTIN J. GILIO
14                                                           Assistant United States Attorney
                                                            Attorney for Plaintiff
15

16                                                           HEATHER E. WILLIAMS
                                                            Federal Defender
17

18 DATED:  December 4, 2020                    */s/ Charles J. Lee*_____
                                                            CHARLES J. LEE
19                                                           Assistant Federal Defender
                                                            Attorneys for Defendant
20                                                           ASHLEY HILL

21

22

23

24

25

26

27

28

HILL: Stipulation and
Order to Modify Pretrial Release

1

## O R D E R

2       **IT IS SO ORDERED** that the Home Detention portion of pretrial release condition

3   (7)(o), Home Detention, be modified as follows:

4       • to allow Ms. Hill to view the local neighborhood holiday decorations on December 9,

5           2020, from 6:00 p.m. until 7:30 p.m.  Ms. Hill would at all times be accompanied by

6           and be in the presence of her third-party custodian/grandmother, Barbara Gimbel.

7       • to attend a family Christmas gathering at her mother's home in Coarsegold, on

8           December 25, 2020, from 11:00 a.m. until 6:00 p.m.  On both dates, at all times, Ms.

9           Hill would be accompanied by and be in the presence of her third-party

10          custodian/grandmother, Barbara Gimbel.  Travel on December 25, 2020, would be

11          authorized directly to and from the mother's home in Coarsegold, with no other stops

12          or detours allowed.

13      • Ms. Hill is currently allowed visits from her minor son where she resides at her

14          Grandmother's residence on Mondays and Wednesdays from 3:00 p.m. to 6:00 p.m.

15          During these visits, she would be authorized to go outside to play with her son and

16          engage in other recreational activities with him during his visits.

17      All other conditions remain in full force and effect.

18

19   IT IS SO ORDERED.

20   Dated:   **December 4, 2020**                    /s/ *Sheila K. Oberto*

21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

HILL: Stipulation and                              -3-
Order to Modify Pretrial Release