HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ASHLEY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ASHLEY HILL,<br><br>            Defendant. | Case No.  1:19-cr-00249-DAD-BAM<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; AND ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Ashley Hill's order of release condition (7)(o), be modified to read as follows:

> You must participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitted device attached to your person.  You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO; CURFEW: You are restricted to your residence every day from 7:00 pm to 7:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment/schooling or court-ordered obligations.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Anthony Perez is in agreement with the requested modifications.

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | McGREGOR SCOTT<br>United States Attorney |
| 3 |  |  |
| 4 | DATED: January 25, 2021 | */s/ Justin J. Gilio*<br>JUSTIN J. GILIO |
| 5 |  | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 |  |  |
| 7 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |  |  |
| 9 | DATED: January 25, 2021 | */s/ Charles J. Lee*<br>CHARLES J. LEE |
| 10 |  | Assistant Federal Defender<br>Attorneys for Defendant |
| 11 |  | ASHLEY HILL |

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(o) in the above-entitled case shall be modified as follows:

> You must participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitted device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO; CURFEW: You are restricted to your residence every day from 7:00 pm to 7:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment/schooling or court-ordered obligations.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 25, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE