IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:19-cr-00249-DAD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| ASHLEY HILL | ) | |
| Defendant. | ) | |

The above-named Defendant has filed a Pro Se motion. The Federal Defender believes their office is appointed under G.O. 595 and believes this case should be paneled for workload reasons. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that attorney Benjamin Ramos be appointed to represent the above defendant in this case effective *nunc pro tunc* to March 12, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **March 12, 2026**  _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-