ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 1:19-cr-00249-DAD-BAM |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| ASHLEY HILL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the deadline for the government to submit its opposition to the defendant's pending motion for compassionate release may be extended from June 6, 2026, to June 19, 2026.

///

///

///

This extension is necessary to give the government sufficient time to review the defendant's motion and his BOP records.

Dated:  June 4, 2026

/s/ Benjamin Ramos
Benjamin Ramos
Counsel for Ashley Hill

Dated:  June 4, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-cr-00249-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| ASHLEY HILL, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the deadline for the government to submit its opposition to the defendant's pending motion for compassionate release is extended from June 6, 2026, to June 19, 2026.

IT IS SO ORDERED.

Dated:   **June 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE